IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tyler, Tonda

Printed: 5/27/08

Case Number: 04 B 41352
Judge: Wedoff, Eugene R
Filed: 11/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,798.93 |  |
| Secured: |  | 5,705.24 |
| Unsecured: |  | 895.11 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 498.58 |
| Other Funds: |  | 0.00 |
| Totals: | 9,798.93 | 9,798.93 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Credit Acceptance Corp | Secured | 5,705.24 | 5,705.24 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 774.00 | 134.24 |
| 4. | United States Dept Of Education | Unsecured | 564.24 | 97.85 |
| 5. | Credit Acceptance Corp | Unsecured | 411.90 | 71.44 |
| 6. | Wells Fargo Fin Acceptance | Unsecured | 3,094.53 | 536.66 |
| 7. | Illinois Dept Of Public Aid | Unsecured | 316.60 | 54.92 |
|   |   |   | _____ | _____ |
|   |   |   | $ 13,566.51 | $ 9,300.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 74.05 |
| 4% | 29.52 |
| 3% | 27.12 |
| 5.5% | 153.54 |
| 5% | 37.06 |
| 4.8% | 87.31 |
| 5.4% | 89.98 |
|  | _____ |
|  | $ 498.58 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tyler, Tonda

Printed: 5/27/08

Case Number: 04 B 41352
Judge: Wedoff, Eugene R
Filed: 11/8/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

